# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

MARK BROACH,                                    Case No. 1:12-cv-66

      Plaintiff,                                Bowman, M.J

     v.

CITY OF CINCINNATI,

      Defendant.

## ORDER

Because Defendant is entitled to judgment as a matter of law on a portion of Plaintiff's claims, and because genuine issues of material fact remain on other claims, as fully explained in the Memorandum Opinion filed herewith, **IT IS ORDERED THAT:**

1. Defendant's Motion for Summary Judgment (Doc. 23) be **GRANTED IN PART and DENIED IN PART** as follows;

2. Plaintiff's §1983 claims and claims relating to Plaintiff's transfer from Engine 34 to another station are dismissed;

3. All remaining claims will be permitted to proceed to trial.

                                                   *s/ Stephanie K. Bowman*
                                                   Stephanie K. Bowman
                                                   United States Magistrate Judge